# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SERGIO PARAMO and GUMARO PARAMO, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No: 17-cv-4187 ) |
| MARK DAVID TIPTON and PURDY BROTHERS TRUCKING CO. INC., | ) PLAINTIFFS DEMAND TRIAL BY ) JURY ) |
| Defendants. | ) |

## COMPLAINT AT LAW

Sergio Paramo and Gumaro Paramo complain of defendants, Mark David Tipton and Purdy Brothers Trucking Co., Inc., as follows:

1. On June 19, 2015 at approximately 3:40 AM, Sergio Paramo was driving a 2007 Hummer H3 northbound on I-55 just South of 1st Avenue in Summit, Illinois.

2. At that time and place, Gumaro Paramo was a passenger in the 2007 Hummer H3 operated by his brother, Sergio Paramo.

3. At that time and place, Mark David Tipton was operating a 2016 Freightline Tractor Trailer.

4. At that time and place, Mr. Tipton was an actual or apparent agent of Purdy Brothers Trucking Co., Inc. ("Purdy Brothers").

5. At that time and place, Mr. Tipton was operating a vehicle owned by Purdy Brothers with their permission.

1

6. Immediately prior to that time and place, Mr. Tipton fell asleep at the wheel of his vehicle.

7. At that time and place, Mr. Tipton's 2016 Freightline Tractor Trailer collided with the vehicle containing both plaintiffs which was stopped for the on-going road construction.

8. At that time and place, the defendants were negligent is that Mr. Tipton:

    a. fell asleep while driving his vehicle;

    b. drove his vehicle too fast for conditions;

    c. failed to stop his vehicle prior to striking plaintiffs' vehicle; or

    d. failed to operate his vehicle in a safe manner.

9. That as a direct and proximate result of one or more of the above negligent acts and/or omissions by the Defendants, Defendants' vehicle struck Plaintiff's vehicle.

10. As a proximate result of Defendants' negligence, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Sergio Paramo and Gumaro Paramo demand judgment against defendants, Mark David Tipton and Purdy Brothers Trucking Co., Inc., for a sum of money in excess of the jurisdictional limit for the Law Division of the Circuit Court of Cook County.

Respectfully submitted,

/s/ Matthew D. Ports

PFAFF, GILL & PORTS, LTD.
Attorneys for Plaintiff
One East Wacker Dr., Suite 3310
Chicago, IL 60601-1918
(312) 828-9666
We accept service at: eservice@pfaffgill.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SERGIO PARAMO and GUMARO PARAMO, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No: 17-cv-4187 |
| MARK DAVID TIPTON and PURDY BROTHERS TRUCKING CO. INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

**SUPREME COURT RULE 222 AFFIDAVIT**

The undersigned, Matthew D. Ports, having been duly sworn on oath, deposes and states that as of this date the total money damages sought in the above-captioned matter exceeds Fifty Thousand Dollars ($50,000.00).

/s/ Matthew D. Ports

Subscribed and Sworn to Before Me
This 2nd day of June, 2017.

_____
NOTARY PUBLIC

OFFICIAL SEAL
IVY K. CLOUGH
Notary Public - State of Illinois
My Commission Expires 11/08/2018

4